|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BMO HARRIS BANK N.A., | Case No. 1:23-cv-00226-ADA-EPG |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE SCHEDULING CONFERENCE |
| v. |   |
| GROUND LINK EXPRESS INC., *et al.*, | (ECF No. 5). |
| Defendants. |   |

Before the Court is Plaintiff BMO Harris Bank N.A.'s request to continue the scheduling conference currently set for May 23, 2023. (ECF No. 5). According to Plaintiff's request, Plaintiff has made several attempts to serve Defendants, but "is under the impression that Defendants are purposely evading service[.]" Plaintiff states that service by the Fresno County Sheriff was also ineffective. As such, Plaintiff requests a ninety-day continuance. Based on Plaintiff's request (ECF No. 5), IT IS ORDERED that:

1. The scheduling conference currently set for May 23, 2023, is continued to August 30, 2023, at 10:30 A.M. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

\\\

\\\

2. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **May 18, 2023**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE