UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GROUND LINK EXPRESS INC., *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00226-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 13, 23). |

　　　　Plaintiff BMO Harris Bank N.A. filed a motion for default judgment against Defendants Ground Link Express Inc. and Baljit Singh on state law breach of contract claims. (Doc. 13). The assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's motion for default judgment be granted in part. (Doc. 23).

　　　　The Court provided the parties an opportunity to file objections to the findings and recommendations. (*Id.* at 16). To date, no party has filed objections and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the filings, the Court finds the findings and recommendations to

1

be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued February 20, 2024, are **ADOPTED IN FULL**.
2. Plaintiff's motion for default judgment is **GRANTED IN PART** as follows:
   a. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A. against Defendants Ground Link Express, Inc. and Baljit Singh.
   b. Plaintiff is awarded $152,804.92 in monetary damages.
   c. Plaintiff is awarded the prejudgment interest accrued every day after July 11, 2023, through the date of final judgment, at the contracted daily rate of $63.41 per day.
   d. Plaintiff is awarded $4,620.00 in attorneys' fees and $553.36 in costs.
   e. Plaintiff's request for a court order for the repossession of the vehicles is denied as moot.
3. Upon recovery and sale of the identified vehicles in a commercially reasonable manner, the money judgment entered above shall be credited with the net sale proceeds of the vehicles.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 24, 2024

UNITED STATES DISTRICT JUDGE